United States District Court
Southern District of Texas
**ENTERED**
July 26, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ERIC ROBBINS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-20-3953 |
| | § | |
| FRAZER, LTD., | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

On May 13, 2021, the court granted Eric Robbins's motion for a continuance to allow him to serve the defendant, Frazier, Ltd. The court order gave Robbins until June 30, 2021, to file proof of service and warned that the case would be dismissed without prejudice if he failed to do so. The record shows no proof of service. This case is dismissed, without prejudice, for failure to prosecute and for failure to effect service of process.

SIGNED on July 26, 2021, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge